**2003–1106.  Hanshaw v. River Valley Health Sys.**
Lawrence App. No. 02CA31, 2003-Ohio-2358. This cause is pending before the court as an appeal from the Court of Appeals for Lawrence County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *03/31/2004 Case Announcements,* 2004-Ohio-1578.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 31, 2004*

## MOTION AND PROCEDURAL RULINGS